685 A.2d 96

**Dennis K. JOHNSONBAUGH, Petitioner,**

**v.**

**DEPARTMENT OF PUBLIC WELFARE, Respondent.**

Supreme Court of Pennsylvania.

Nov. 18, 1996.

Kenneth A. Wise, Harrisburg, for petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 18th day of November, 1996, the petition for allowance of appeal is granted, limited to the issue of whether the unemployment compensation referee's adjudication with respect to alleged patient abuse precludes the Department of Public Welfare from relitigating that issue before the Civil Service Commission.

NEWMAN, J., did not participate in the consideration or decision of this matter.